# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3143
L.T. Case No. 2025-105413-CFDB

_____

CURTIS L. DUHART,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
A. Christian Miller, Judge.

Matthew J. Metz, Public Defender, and Andrew Mich, Assistant Public Defender, Daytona Beach, for Appellant.

Curtis Lamont Duhart, Deland, pro se.

James Uthmeier, Attorney General, Tallahassee, and Whitney Hartless, Assistant Attorney General, Daytona Beach, for Appellee.

March 3, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, LAMBERT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____